UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60216-CR-COHN/SNOW

UNITED STATES OF AMERICA

    Plaintiff,

vs.

KENNETH WILK,
    a/k/a "Wolfpackeines,"

    Defendant.
_____/

## COROLLARY ORDER RE: VOIR DIRE

THIS CAUSE is before the Court as a corollary to the Order Re: Voir Dire [DE 430] entered March 30, 2005, and in furtherance of a meaningful voir dire examination. The Court provides herewith Voir Dire Instruction Re: Bifurcation (Appendix A), advising the parties of the Court's intended explanation to the venire of the bifurcated procedure to be followed in this capital felony case, and Summary of Superseding Indictment (Appendix B) which will also be read to the venire.

The attachments are intended to address in part docket entries 728, 733 and 768, with respect to instructions by the Court prior to voir dire examination of jurors.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 19th day of March, 2007.

JAMES I. COHN
United States District Judge

Copies to:
All counsel of record